WOODRUFF, SPRADLIN
& SMART
ATTORNEYS AT LAW
COSTA MESA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LABARIAN WILLIS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CITY OF IRVINE; KRISTI VALENTINE; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 8:19-cv-00811-DOC (JDEx)<br><br>BEFORE THE HONORABLE DAVID O. CARTER<br><br>**JUDGMENT** |

　　　　On March 27, 2020, this Court GRANTED the motion for summary judgment in its entirety filed by Defendants CITY OF IRVINE and KRISTI VALENTINE. [Dkt. 42].

　　　　All claims having been adjudicated in favor of All Defendants,

　　　　NOW, THEREFORE,

　　　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff LABARIAN WILLIS shall take nothing by way of his first amended complaint against Defendants. Said Defendants shall recover from Plaintiff their costs of suit incurred in this proceeding.

DATED: March 31, 2020　　　　　_/s/ David O. Carter_____

　　　　　　　　　　　　　　　　　HONORABLE DAVID O. CARTER
　　　　　　　　　　　　　　　　　JUDGE OF THE UNITED STATES
　　　　　　　　　　　　　　　　　DISTRICT COURT

1483327.1

1

JUDGMENT